ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN C. BRANAGAN
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-2804
Fax. (212) 637-2750

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                :
MARC D. BAILEY,                 :
                                :
                  Plaintiff,    :
                                :
         - v. -                 :
                                :   STIPULATION AND ORDER
MICHAEL J. ASTRUE,              :   08 Civ. 3022 (VM)
Commissioner of                 :
Social Security,                :
                                :
                  Defendant.    :
                                :
- - - - - - - - - - - - - - - - x

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff *pro se*, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from June 23, 2008 to and including August 25, 2008.  The reason for the request is

that the administrative record has not yet been received by defendant's counsel. No prior extension has been requested in this case. *No further extensions.*

Dated: New York, New York
       May 28, 2008

                              */s/ Marc D. Bailey*
                              MARC D. BAILEY
                              Plaintiff pro se
                              546 Main Street, Apt.#702
                              Roosevelt Island, New York   10044
                              Telephone No.: (646) 454-1397

                              MICHAEL J. GARCIA
                              United States Attorney
                              Southern District of New York
                              Attorney for Defendant

                       By: */s/ Susan C. Branagan*
                              SUSAN C. BRANAGAN
                              Assistant United States Attorney
                              86 Chambers Street - 3rd Floor
                              New York, New York   10007
                              Telephone No.: (212) 637-2804
                              Susan.Branagan@usdoj.gov

SO ORDERED:

_____   6/5/08
UNITED STATES DISTRICT JUDGE