

U.S. Department of...

United States Attorney
Southern District of New York

86 Chambers Street
New York, New York 10007

August 25, 2008

**BY FAX**
Honorable Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street, Room 660
New York, New York 10007-1312

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 8-25-08

Re: Marc D. Bailey v. Astrue
08 Civ. 3022 (VM)

Dear Judge Marrero:

This Office represents the Commissioner of Social Security, defendant in this action. I write respectfully to request an extension of defendant's time to answer or respond with respect to the complaint.

Pursuant to the Court's order of June 5, 2008, which was memo-endorsed by Judge Scheindlin, defendant's answer is due today, August 25, 2008. I am mindful of Judge Scheindlin's direction that there be "No further extensions." However, in preparing the Government's answer in this case, I unexpectedly encountered an issue that required further consideration and communication with the Agency. As a result, the Commissioner is reconsidering his position in this case. Accordingly, I respectfully request a further, thirty-day extension of time in which to file defendant's answer, to September 24, 2008.

This is the Government's second request for an extension. I have attempted to contact plaintiff by telephone to obtain his consent to this request, but I have not yet been able to reach him. Thank you for your consideration of this matter.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: *Susan C. Branagan*
SUSAN C. BRANAGAN
Assistant United States Attorney
Telephone: (212) 637-2804
Fax: (212) 637-2750

> Request GRANTED. The time for defendant(s) to answer or otherwise move with respect to the complaint in this action is extended to 9-24-08.
> SO ORDERED.
> 8-25-08
> DATE    VICTOR MARRERO, U.S.D.J.

cc: Marc D. Bailey, Pro Se